# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

## CENTRAL DIVISION

**FILED**

APR 1 7 2008

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 07-30116(02) |
| Plaintiff, | * | |
| -vs- | * | ORDER CONTINUING |
| | * | PRE-TRIAL RELEASE |
| GEORGE CASEY SCHMIDT, | * | |
| a/k/a CASEY SCHMIDT, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The above-captioned matter having come on for a pre-trial release revocation hearing on the 17th day of April, 2008, Plaintiff, above named, appearing through counsel, Randolph J. Seiler, Assistant United States Attorney, of Pierre, South Dakota, and Defendant, George Casey Schmidt, a/k/a Casey Schmidt, appearing personally and with counsel, Wade A. Reimers, and after being advised of the allegations against him, the sanctions he faced, and of his rights, Defendant having admitted that he violated conditions (8)(p) and (8)(t) of this Court's Order Setting Conditions of Release, Docket No. 41, and upon due inquiry, the Court having found that Defendant's admission was knowingly and voluntarily made and that a factual basis existed for it, and having thereafter conducted a dispositional hearing and considered the statements and arguments of counsel, now, based on the foregoing, the totality of the circumstances present and good cause appearing, it is hereby

ORDERED that the allegation that Defendant violated conditions (8)(p) and (8)(t) contained in the Report of Apparent Bond Violation shall be and is sustained. It is further

ORDERED that Defendant may continue to be released on a third party custodial basis to Robyn and Gene Emery under the same terms and conditions set forth in this Court's Order Setting Conditions of Release, Docket No. 41.

Dated this 17th day of April, 2008, at Pierre, South Dakota.

**BY THE COURT:**

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

**ATTEST:**
**JOSEPH HAAS, CLERK**
**BY:**　　　　　　　　　　　　　　
　　　　　　　　**Deputy**
**(SEAL)**